■ In the Matter of Rosa Ferrante, Respondent, v Jim Bantis, Appellant. [39 NYS3d 806]—Appeal by the father from an order of the Family Court, Kings County (Michael Ambrosio, J.), dated April 13, 2015. The order denied as untimely the father's objections to an order of support of that court (Nicholas J. Palos, S.M.) dated February 3, 2015, which, after a hearing, inter alia, directed him to pay the mother child support.

Ordered that the order dated April 13, 2015, is affirmed, without costs or disbursements.

Objections to an order of a Support Magistrate must be filed within 35 days after the date on which the order is mailed to the objecting party (*see* Family Ct Act § 439 [e]; *Matter of Kimelfeld v Menczelesz*, 137 AD3d 914, 914-915 [2016]; *Matter of Babb v Darnley*, 123 AD3d 1028, 1029 [2014]; *Matter of Heuser v Chavez*, 117 AD3d 738, 738 [2014]). Here, the father's objections were filed on March 26, 2015, which was more than 35 days after the order of support was mailed to him. Thus, on this record, the Family Court properly denied the father's objections to the order of support as untimely (*see Matter of Kimelfeld v Menczelesz*, 137 AD3d at 914-915; *Matter of Yalvac v Williams*, 131 AD3d 622 [2015]; *Matter of Babb v Darnley*, 123 AD3d at 1029). Balkin, J.P., Hall, Cohen and LaSalle, JJ., concur.